*E-Filed 2/6/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. C 12-2866 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| B. THORNTON and K. BRANDON, | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 8) is GRANTED. Such motion shall be filed on or before May 15, 2013. This order terminates Docket No. 8.

**IT IS SO ORDERED**.

DATED: February 6, 2013

RICHARD SEEBORG
United States District Judge