*E-Filed 2/6/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>B. THORNTON and K. BRANDON,<br><br>    Defendants.<br>_____/ | No. C 12-2866 RS (PR)<br><br>**ORDER EXTENDING TIME** |

Defendants' motion to extend time to file a dispositive motion (Docket No. 8) is GRANTED. Such motion shall be filed on or before May 15, 2013. This order terminates Docket No. 8.

**IT IS SO ORDERED**.

DATED: February 6, 2013

                                   RICHARD SEEBORG
                              United States District Judge